JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HAYES,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST PALLET SERVICES LLC, a Delaware company; CENTERPRISE LLC; and DOES 1 to 10,<br><br>Defendants. | Case No. 5:19-cv-00936-AB-KK<br>District Judge Andre Birotte Jr.<br>Courtroom 7B<br><br>[~~PROPOSED~~] **JUDGMENT GRANTING DEFENDANTS NORTHWEST PALLET SERVICES, LCC AND CENTERPRISE, LLC'S MOTION FOR SUMMARY JUDGMENT** |

Defendants Northwest Pallet Services, LLC and Centerprise, LLC's (collectively "Northwest Pallet") motion for summary judgment was heard on August 21, 2020. On September 18, 2020 the Court issued an Order granting Northwest Pallet's motion in full and dismissing all Plaintiff's claims. Having granted Northwest Pallet's motion for summary judgment in its entirety:

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Summary Judgment be entered in favor of Defendants Northwest Pallet Services, LLC and Centerprise, LLC against Plaintiff Christopher Hayes. All causes of action asserted by Plaintiff Christopher Hayes against Northwest Pallet Services, LLC and Centerprise, LLC are dismissed with prejudice.

Further as prevailing parties pursuant to Fed. R. Civ. Pro. 54(d) and Local Rule 54, Defendants are awarded costs. Consistent with Local Rule 54-3, Northwest Pallet shall file a Notice of Application to the Clerk to Tax Costs and shall attach a proposed Bill of Costs within fourteen (14) days after the entry of this judgment.

**IT IS SO ORDERED.**

DATED: October 07, 2020    By: _____

Hon. André Birotte Jr.
Judge of the United States District Court